
FILED
CLERK U.S. DISTRICT COURT
OCT - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAISY LIZZIE GONZALEZ<br><br>    Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)<br><br>MJ 17-2474 |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

PRESENT ALLEGATIONS, PRIOR CONVICTION, UNKNOWN SUBSTANCE ABUSE, UNKNOWN MENTAL HEALTH

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

NO BACKGROUND INFORMATION PROVIDED, UNKNOWN SURETIES, UNKNOWN RESIDENCE, UNKNOWN FAMILY TIES TO CENTRAL DISTRICT OF CALIFORNIA, UNKNOWN EMPLOYMENT, UNKNOWN ECONOMIC TIES

IT IS ORDERED that defendant be detained.

DATED: 10-5-2017

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE